MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYBN 4256178)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-6888
 Fax:         (415) 436-7009
 Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ALLEN DAVIS and CAROL DAVIS,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No. 11-cv-4316-EDL<br><br>STIPULATION TO (1) EXTEND TIME TO ANSWER OR OTHERWISE PLEAD, AND (2) CONTINUE THE CASE MANAGEMENT CONFERENCE; AND ~~PROPOSED~~ ORDER |

The parties stipulate as follows:

1. Plaintiffs Allen and Carol Davis filed this case on August 31, 2011, which seeks a refund of federal taxes for specified years.

2. Plaintiffs served the defendant, the United States, on September 2, 2011, and an answer or responsive pleading is due on or before November 1, 2011.

3. Counsel for the United States has requested, but has not yet received the Internal Revenue Service administrative file, a letter referring this case for defense, and other documents necessary to file a pleading in this matter. Those documents should be sent so that a responsive pleading can be filed no later than December 2, 2011. Based on

*Stipulation to Extend Time to Answer*
*Case No. 11-4316-EDL*

1  these representations, the parties agree that defendant shall have until December 2, 2011,
2  to file an answer or pleading in response to plaintiffs' complaint.
3     4.     The parties further stipulate to continue the Case Management Conference
4  from December 13, 2011, to January 31, 2012, at 10:00 a.m.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: October 31, 2011

*/s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Dated: October 31, 2011

/s/
KENNETH G. HAUSMAN (No. 57252)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: November 2, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

*Stipulation to Extend Time to Answer*
*Case No. 11-4316-EDL*