1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   THOMAS MOORE (ALBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    THOMAS M. NEWMAN (NYBN 4256178)
4   Assistant United States Attorney
     11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:   (415) 436-6888
     Fax:         (415) 436-7009
7    Email: thomas.newman2@usdoj.gov

8   Attorneys for the United States of America

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12                              )
13                              )   Case No. 11-cv-4316-EDL
    ALLEN DAVIS and CAROL DAVIS,  )
14                              )
         Plaintiffs,            )
15                              )   STIPULATION TO (1) EXTEND TIME
         v.                     )   TO ANSWER OR OTHERWISE PLEAD,
16                              )   AND (2) CONTINUE THE CASE
    UNITED STATES OF AMERICA,     )   MANAGEMENT CONFERENCE; AND
17                              )   ~~PROPOSED~~ ORDER
         Defendant.             )
18  _____)

19        The parties stipulate as follows:

20        1.    Plaintiffs Allen and Carol Davis filed this case on August 31, 2011, which

21  seeks a refund of federal taxes for specified years.

22        2.    Plaintiffs served the defendant, the United States, on September 2, 2011,

23  and an answer or responsive pleading is due on or before November 1, 2011.

24        3.    Counsel for the United States has requested, but has not yet received the

25  Internal Revenue Service administrative file, a letter referring this case for defense, and

26  other documents necessary to file a pleading in this matter.  Those documents should be

27  sent so that a responsive pleading can be filed no later than December 2, 2011.  Based on

28

*Stipulation to Extend Time to Answer*
*Case No. 11-4316-EDL*

1   these representations, the parties agree that defendant shall have until December 2, 2011,

2   to file an answer or pleading in response to plaintiffs' complaint.

3       4.      The parties further stipulate to continue the Case Management Conference

4   from December 13, 2011, to January 31, 2012, at 10:00 a.m.

5                                   Respectfully submitted,

6                                   MELINDA HAAG
                                    United States Attorney
7

8
                                    /s/Thomas M. Newman
9   Dated: October 31, 2011         THOMAS M. NEWMAN
                                    Assistant United States Attorney
10                                  Tax Division

11  Dated: October 31, 2011         /s/
                                    KENNETH G. HAUSMAN (No. 57252)
12                                  HOWARD RICE NEMEROVSKI CANADY
                                    FALK & RABKIN
13                                  A Professional Corporation
                                    Three Embarcadero Center, 7th Floor
14                                  San Francisco, California 94111-4024

15

16                                  **ORDER**

17      Pursuant to the parties' stipulation, IT IS SO ORDERED.

18  Dated: November 2, 2011

19                                  ELIZABETH D. LAPORTE
                                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28

*Stipulation to Extend Time to Answer*
*Case No. 11-4316-EDL*