1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (NYBN 4256178)
4  Assistant United States Attorney
   11th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:   (415) 436-6888
   Fax:         (415) 436-7009
7  Email: thomas.newman2@usdoj.gov

8  Attorneys for the United States of America

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13  **ALLEN DAVIS and CAROL DAVIS,**     )   **Case No. 11-cv-4316-EDL**
                                         )
14                                       )
             **Plaintiffs,**             )
15                                       )   STIPULATION TO EXTEND TIME TO
        **v.**                           )   FILE OPENING BRIEF
16                                       )   AND ORDER
    **UNITED STATES OF AMERICA,**        )
17                                       )
             **Defendant.**              )
18  _____)

19        The parties stipulate as follows:

20        1.      The parties filed a stipulation setting a briefing schedule that required each

21  party to file a cross-motion for summary judgment on March 27, 2012.  Thereafter,

22  responses are due on April 24, 2012, and replies must be filed on May 8, 2012.

23        2.      Currently, a hearing on this motion is set for May 29, 2012.

24        3.      In preparing to file these motions, Plaintiffs have prepared a stipulation of

25  undisputed facts, which have revisions following the parties discussion.  The last

26  discussion regarding the stipulation was on March 21, 2012, and the parties agreed to the

27  changes necessary to file a final stipulation after further review.  Plaintiffs sent the

28  revisions on March 21, 2012, following that discussion but the documents were not

*Stipulation to Extend Time*
*Case No. 11-4316-EDL*

1  received by defendant's counsel.  Defendant requested additional time to review the

2  stipulation, and incorporate references into the stipulation the motion for summary

3  judgment that is currently due on March 27, 2012.

4      4.      For that reason, the parties stipulate to file their respective motions for

5  summary judgment, including opening briefs on March 30, 2012.

6                                          Respectfully submitted,
                                           MELINDA HAAG
7                                          United States Attorney

8

9  Dated: March 26, 2012              /s/Thomas M. Newman
                                      THOMAS M. NEWMAN
10                                    Assistant United States Attorney
                                      Tax Division
11
   Dated: March 26, 2012              /s/
12                                    KENNETH G. HAUSMAN (No. 57252)
                                      HOWARD RICE NEMEROVSKI CANADY
13                                    FALK & RABKIN
                                      A Professional Corporation
14                                    Three Embarcadero Center, 7th Floor
                                      San Francisco, California 94111-4024
15

16                              **ORDER**

17      Pursuant to the parties' stipulation, IT IS SO ORDERED.  The opposition briefs remain due on
        April 24, 2012 and the replies remain due on May 8, 2012
18
   Dated: March 27, 2012
19                              ELIZABETH D. LAPORTE
20                              United States Magistrate Judge

21

22

23

24                              IT IS SO ORDERED

                                Judge Elizabeth D. Laporte
25

26

27

28

*Stipulation to Extend Time*
*Case No. 11-4316-EDL*