ARNOLD & PORTER LLP
STUART S. LIPTON (No. 145773)
stuart.lipton@aporter.com
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  +1 415.471.3100
Facsimile:  +1 415.471.3400

Attorneys for Plaintiffs
ALLEN DAVIS and CAROL DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN DAVIS and CAROL DAVIS,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. C11-04316<br><br>Action Filed: August 31, 2011<br><br>[~~PROPOSED~~] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE<br><br>Trial Date: June 24, 2013, at 8:30 a.m. |

\

1    Pursuant to the Court's Notice and Order Regarding Settlement Conference, ECF No. 44, Plaintiffs Allen and Carol Davis filed on February 12, 2013, their Application to Excuse Personal Attendance at Settlement Conference, and good cause appearing therefor,

IT IS HEREBY ORDERED that Mrs. Davis' personal attendance at the settlement conference is excused.

[IT IS FURTHER ORDERED that Mrs. Davis shall be on telephone stand-by for the settlement conference.]

DATED: February 25, 2013

_____
HON. LAUREL BEELER
UNITED STATES DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONF.    NO. C11-04316