IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DAVIS, | No. C -11-04316 EDL |
|     Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

On March 12, 2013, a judgment was erroneously filed in the Court's Electronic Court Filing Case Management system as document number 61, in this case. Thus, document number 61 shall be deleted from the Electronic Court Filing Case Management system.

Dated: March 14, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge