UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLEN DAVIS, et al.,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No.  11-cv-04316-EDL

**ORDER SETTING BRIEFING AND HEARING SCHEDULE**

The Court held a further case management conference in this matter on April 26, 2016 and set the following briefing schedule:

- Plaintiff's opening motion for summary judgment due on June 10, 2016;
- Defendant's combined opposition and cross-motion for summary judgment due on June 24, 2016;
- Plaintiff's combined reply and cross-opposition due July 8, 2016;
- Defendant's reply due July 15, 2016;
- A hearing on the motions for summary judgment will be held at 9:00 a.m. on August 16, 2016.

**IT IS SO ORDERED.**

Dated:  April 26, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge